**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Heather Nicole Price and Michael Anthony Sims, Jr.,
Defendants,

Of whom Heather Price is the Appellant.

In the interest of minor children under the age of eighteen.

Appellate Case No. 2015-000832

_____

Appeal From Greenville County
Joseph C. Smithdeal, Family Court Judge

_____

Unpublished Opinion No. 2015-UP-530
Submitted October 22, 2015 – Filed November 19, 2015

_____

**AFFIRMED**

_____

Chad A. Mitchell, of The Chad Alexander Mitchell Law Firm, LLC, of Laurens, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC, of Mauldin; and Jonathan Ashley Neal, of South Carolina

Department of Social Services, of Greenville, both for Respondent.

Don Stevenson, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Heather Nicole Price appeals the family court's final order terminating her parental rights to her two minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Price's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.